NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD S. MOORE, DOC #S38324          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D17-3128
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____ )

Opinion filed March 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and KHOUZAM, and LUCAS, JJ., Concur.